UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-11049

PETER BLAKESLEE, individually and on behalf of all others similarly situated,
Plaintiff,

v.

PHC, INC., BRUCE A. SHEAR, DONALD E. ROBAR, DOUGLAS J. SMITH, HOWARD W. PHILLIPS, WILLIAM F. GRIECO, DAVID E. DANGERFIELD, ACADIA HEALTHCARE COMPANY, INC., and ACADIA MERGER SUB, LLC,
Defendants.

ORDER
August 17, 2011

O'TOOLE, D.J.

After consideration of the parties' submissions, the defendants' Motion to Shorten Plaintiffs' Time to Respond to Defendants' Emergency Motion to Confirm Statutory Stay of Discovery (dkt. no. 16) is GRANTED in part. The plaintiff shall file his response to the motion by Wednesday, August 24, 2011.

.

It is SO ORDERED.

            /s/ George A. O'Toole, Jr.
            United States District Judge