UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| IN RE: | |
|---|---|
| PHC, INC. SHAREHOLDER LITIGATION | C.A. No. 11-11049-PBS |

## AMENDED JUDGMENT

Saris, C.J.

On March 15, 2017, judgment was entered in favor of Defendants. (Dkt. 422). On July 13, 2017, the Court entered a Memorandum and Order denying Plaintiff's motion for a new trial and denying in part and allowing in part Plaintiff's motion for judgment as a matter of law. (Dkt. 450).

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1. The judgment previously entered in favor of Defendants (Dkt. 422) is hereby amended. Judgment is entered in favor of the Plaintiff and the certified class and against defendant Bruce Shear on Count II in the amount of $2,964,396, together with accrued interest at the one-year Treasury bill rate, compounded annually, running from the date of the merger (November 1, 2011) to July 13, 2017, in the amount of $57,553, for a total of $ 3,021,949.

2. Judgment shall enter in favor of the Defendants on Counts I and III.

Dated: 7/27/17

Hon. Patti B. Saris
United States District Court Judge

---

[1] *[Defendants calculate interest based on the fluctuating daily rates of one-year Treasury bills published by the United States Treasury from November 1, 2011 through July 13, 2017, compounded annually, equal to $57,553, for a total of $3,021,949. Plaintiff calculates interest based on the one-year Treasury bill rate published by the United States Treasury on July 13, 2017, applying that rate from November 1, 2011 through July 13, 2017, compounded annually, equal to $213,933.13, for a total of $3,178,329.13.]*